| Date | Pleading Number | Description |
|---|---|---|
| 4/18/74 | 1. | MOTION -- Peat, Marwick, Mitchell & Co. -- for 1407 pretrial proceedings in A-1 thru A-11 (excluding A-7, A-8, and A-11 because Peat, Marwick is not a named defendant in these three actins) Does not state specific transferee district but submits SEC choice of S.D. New York to file their action might claim some significance for that district. Supporting brief, Exhibits A thru H (complaints) and certificate of service. TRANSFEREE FORUM: None specified. |
| 5/1/74 | 2 | STANDARD & POOR'S CORP. request for extension to reply to motion -- GRANTED to 5/13/74 |
| 5/3/74 | 3 | WESTHEIMER, FINE, BERGER & CO. response to motion w/cert. of service |
| 5/3/74 | 4 | SEC request for extension to respond to motion - Granted to 5/31/74 |
| 5/3/74 | 5 | REALTY EQUITIES CORP. OF NEW YORK, MORRIS, KARP, JEROME SOCHER, JOSEPH P. LEUZZI, ELIOTT JANEWAY, SAM GITTLIN, ARTHUR STANG, A. H. FRANKLIN response to motion w/cert. of service. |
| 5/3/74 | 6 | ROYAL NATIONAL BANK response to motion w/cert. of service |
| 5/3/74 | | Maxwell T. Cohen, et al. v. REalty Equities Corp. of New York. 74 Civ. 1192 Rubenstein v. Republic National Life, S.D.N.Y., 74 Civ. 1255 Garrett, etc. v. Republic National Life, N.D. Texas, CA-3-74-206 SHOW CAUSE Order entered today. Notified counsel. |
| 5/6/74 | 7 | Republic National Life Insurance Co. motion and brief to transfer A-1 through A-11 and adding A-12, A-13 and A-14 to the N.D. of texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 5/3/74 | 8 | REPUBLIC NATIONAL LIFE INS. CO. request for extension to 5/6/74 to file response (GRANTED) |
| 5/3/74 | 9 | A. M. BEST request for extension to file response to May 15, 1974 (GRANTED) |
| 5/6/74 | 10 | STANDARD AND POORS confirmation of May 13, 1974 to file and serve response |
| 5/9/74 | | Republic National Life Insurance Co. amended certificate of service for brief no. 7. |
| 5/8/74 | 12 | SUSSMAN plaintiff request for extension of time to file response GRANTED to May 24, 1974 |
| 5/13/74 | 13 | THEODORE BEASLEY, RONALD BEASLEY, ROBERT BRADY, THOMAS NASH, C.J. SKELTON, SAMUEL SMOOT, W. N. STANNUS, NEAL STANLEY response joining in motion of PMM to transfer to N.D. TExas. w/cert. of service |
| 5/13/74 | 14 | STANDARD AND POORS response to motion w/cert. of service |
| 5/16/74 | 15 | SAM G. WINSTEAD, J. D. FRANCIS AND WILLARD GRAGG RESPONSE to motion w/cert. of service |
| 5/16/74 | 16 | WILLIAM G. GARRETT response to motion w/cert. of service |
| 5/17/74 | | Newton Gottlieb v. Realty Equities Corp. of N.Y., S.D.N.Y. 74 Civ 1875 Show cause order enterd today. Notified counsel, involved judge |
| 5/15/74 | 18 | PEAT, MARWICH MITCHELL & CO. amendment to motion to add A-15, A-16 and A-17 , briefs, and affidavits attached. |
| 5/17/74 | 19 | A.M. BEST CO. response to motion w/cert of service |
| 5/17/74 | 20 | SECURITY NATIONAL BANK (ROYAL NATIONAL BANK) response to motion w/ cert. of service |
| 5/20/74 | 21 | JOEL T. WILLIAMS, JR. response to motion w/cert. of service |
| 5/20/74 | 22 | JOSEPH L. MASSIE response to Order to show cause and response to motion w/cert. of service |
| 5/21/74 | 23 | COUNSEL FOR SOUTHERN NEW YORK PLAINTIFFS request for extension of time to file response -- GRANTED TO JUNE 7, 1974 |

| Date | Pleading Number | |
|---|---|---|
| 5/23/74 | 24 | SYNERCON CORP. response to motion to consolidate w/cert. of service |
| 5/24/74 | 25 | REPLY -- Peat, Marwick, Mitchell § Co. to Response of pltf. Garrett to SEC & PMM and Republic National Motions. |
| 5/28/74 | | SUSSMAN V. REPUBLIC NATIONAL LIFE, , S.D.N.Y. 74 Civ 1225 Plaintiff request for extension to file to May 28, 1974 -- GRANTED |
| 5/30/74 | 26 | STANDARD AND POORS supplemental response w/cert. of service |
| 5/31/74 | 27 | SUSSMAN plaintiffs response to motion w/cert. of service |
| 6/3/74 | 28 | RESPONSE & BRIEF -- Securities and Exchange Commission to PMM & Republic National Averments w/certificate of service. |
| 6/3/74 | | HEARING ORDER entered A-1 through A-17 set for June 28, 1974 San Francisco, California. |
| 6/7/74 | 29 | KATZ, ET AL. and SUSSMAN, et al. response to motion w/cert. of service |
| 6/7/74 | 30 | REPLY - PEAT, MARWICK, MITCHELL to SEC response w/cert. of service |
| 6/7/74 | 31 | MAXWELL T. COHEN response to motion w/ cert. of service |
| 6/10/74 | 32 | LOLA FLAMM response to show cause order w/cert. of service |
| 6/17/74 | 33 | SUSSMAN plaintiffs additional response w/cert. of service |
| 6/17/74 | 34 | WESTHEIMER, FINE, BERGER & CO. xxxxxxxxxxxxxxx response to SEC brief |
| 6/21/74 | 35 | W. L. PICKENS response to motion w/cert. of service |
| 6/26/74 | 36 | JUDGE POLLACK'S ORDER OF JUNE 24, 1974 consolidating (1) Republic National Life Insurance Co. and (2) Realty Equities Corp. of New York actional/and which are also pending before MDL as follows: A-2; A-3; A-4; A-5; A-6; A-7; A-8; A-13; A-15; A-16; A-17 and adding A-18. Certain liaison counsel were appointed and appear on list of counsel. Consolidated actions are designated by (**) |
| 7/3/74 | 37 | MEMORANDUM IN SUPPORT OF MOTION OF CERTAIN DEFENDANTS TO DISMISS, OR FOR TRANSFER OF N.Y. ACTIONS PURSUANT TO 28 U.S.C. §1407 |
| 7/3/74 - | 38 | REPUBLIC NATIONAL -- copy of RNLI Co. motion to transfer SEC v. Republic National Life Ins. Co. pursuant to 28 U.S.C. §1404 |
| 8/13/74 | 39 | LTR/EXPLANATION of statement contained in 5/31/ breif of SEC submitted by Mr. North ofSEC w/copies to J. Pollack and all counsel |
| 8/22/74 | | CONSENT OF JUDGE EDELSTEIN FOR JUDGE POLLACK TO HANDLE LITIGATION IN THE S.D. NEW YORK PURSUANT TO 28 U.S.C. §1407 |
| 8/22/74 | | OPINION AND ORDER transferring one action from the M.D. Tennessee and four actions from the N.D. Texas to the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 8/22/74 | | JUDGE EDWARD WEINFELD partial dissent as to the SEC action inclusion in the pretrial proceedings. |
| 4/24/75 | | WILLIAM C. GARRETT V. REPUBLIC NATIONAL LIFE INS. CO., S.D.N.Y. 74 C 3782 JUDGE POLLACK's letter stating xxxx action is ready for REMAND CONDITIONAL REMAND ORDER filed today. Notified counsel, involved judges |
| 4/30/75 | | CORECTION TO CRO In Garrett Case correcting civil action number on CRO. |
| 5/9/75 | | GARRETT V. REPUBLIC NATIONAL LIFE, S.D.N.Y. 74 Civ. 3783 OPPOSITION TO CONDITIONAL REMAND ORDER FILED TODAY -- Plaintiff Flamm Notified counsel, involved judge. Pursuant xx to Rule 11 CRO automatically stayed |
| 5/28/75 | | GARRETT V. REPUBLIC NATIONAL LIVE, S.D.N.Y. 74 Civ. 3783 WITHDRAWAL OF OPPOSITION TO REMAND -- Plaintiff Flamm ORDER LIFTING STAY -- Garret Action -- 4/24/75 CRO and transferring remanding action to the N.D. Texas for further pretrial Notified counsel, involved judges and clerks |

## Description of Litigation

MDL-174 -- IN RE REPUBLIC NATIONAL - REALTY EQUITIES SECURITIES LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s)  6/28/74
Date(s) of Opinion(s) or Order(s)  8/22/74
Consolidation Ordered  ✓      Name of Transferee Judge  Milton Pollack
Consolidation Denied  ___     Transferee District  S.D. New York

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Securities & Exchange Commission v. Republic National Life Insurance Co., et al. | S.D.N.Y. 74 Civ. 1097 (MEL) | | | | 12/30/75 | 4/18/74 |
| A-2 | Norman Miller v. Republic National Life Insurance Co., et al. | S.D.N.Y. 74 Civ. 1115 (LWP) | | ** | | J. Pollack Order 7/19/76 -- §1404(a) to N.D. Texas | " |
| A-3 | George Katz v. Realty Equities Corporation of New York, et al. | S.D.N.Y. 74 Civ. 1137 (MEL) | | ** | | 7/29/76 | " |
| A-4 | Sy C. Sussman, et ano. v. Republic National Life Insurance Co., et al. | S.D.N.Y. 74 Civ. 1225 (MEL) | | ** | | 6/2/76 | " |
| A-5 | Kenneth I. Herman, etc. v. Republic National Life Insurance Co., et al. | S.D.N.Y. 74 Civ. 1248 (MEL) | | ** | | 6/2/78 | " |
| A-6 | Stanley Ferber v. Theodore P. Beasley, et al. | S.D.N.Y. 74 Civ. 1294 (MEL) | | ** | | 6/2/78 | " |

** Actions consolidated in the S.D.N.Y. Before Judge Pollack

✱ See Post Transfer for J. Pollack's Order 7/19/76 transferring actions to N.D. Texas for further pretrial

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-7 | Maxwell T. Cohen, et al. v. Realty Equities Corporation of New York, et al. | S.D.N.Y. 74 Civ.1192 (MEL) | | ** | | 6/2/74 | SCO 5/3/74 |
| A-8 | Kenneth Rubenstein v. Republic National Life Insurance Co., et al. | S.D.N.Y. 74 Civ.1255 (MEL) | | ** | | J. Pollack Order 7/19/76 -- §1404(a) to N.D. Texas | 5/3/74 |
| A-9 | Joseph L. Massie, etc. v. Republic National Life Insurance Co., et al. | N.D.Texas Hughes CA3-74-116-D | | 8/22/74 | 74CV3782-MP | 6/2/78 | 4/18/74 |
| A-10 | Norman P. Miller v. Republic National Life Insurance Co., et al. | N.D.Texas CA3-74-207-B | | 8/22/74 | 74CV3784-MP | J. Pollack Order 7/19/76 -- §1404(a) to N.D. Texas | |
| A-11 | William C. Garrett, etc. v. Republic National Life Insurance Co., et al. CRO 4/24/75 | N.D.Texas CA3-74-206-C | | 8/22/74 | 74CV3783-MP 5/28/75 | 5/28/75 | SCO 5/3/74 |
| A-12 | Lola Flamm v. Theodore P. Beasley | N.D.Texas Taylor CA3-74-357-C | | 8/22/74 | 74CV3785-MP | 6/2/78 | 5/6/74 MC |
| A-13 | Mildred Freeman & Robert Freeman v. Republic National Life Ins. Co. et al. | S.D.N.Y. 74 Civ.1668 (Pierce) | | ** | | 6/2/78 | " |
| A-14 | Synercon Corp. v. Republic National Life Ins. Co., et al. | 74-189-NA-CV M.D.Tenn | | 8/22/74 | 74CV3781-MP | 7/18/75 | " |
| A-15 | Samuel Tisser v. Morris Karp., et al. | S.D.N.Y. 74 Civ 1622 (MP) | | ** | | 7/29/76 | 5/15/74 Mot. |
| A-16 | Bernard Chesner v. Morris Karp., et al. | S.D.N.Y. 74 Civ. 1846 | | ** | | 7/29/76 | 5/15/74 Mot. |
| A-17 | Newton Gottlieb v. Realty Equities Corp. of New York | S.D.N.Y. 74 Civ. 1875 | | ** | | 7/29/76 | SCO 5/17/74 |
| A-18 | Harry Asarian v. Morris Karp., et al | S.D.N.Y. 74 Civ-1942 | | ** | | 7/29/76 | J.Pollack order of 6/24/74 |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-1 | Norman Miller v. Republic National Life Insurance Co., et al. | S.D.N.Y. | 75 Civ. 6248 | | | J. Pollack 7/19/76 to N.D. Texas | Order -- §1404(a) |

**ATTORNEY LIST** -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

p.1

## DESCRIPTION OF LITIGATION

DOCKET NO. 174 -- IN RE REPUBLIC NATIONAL REALTY EQUITIES SECURITIES LITIGATION

| No. | Plaintiff | |
|---|---|---|
| | LIAISON COUNSEL IN CONSTITUENT ACTIONS, LEAD COUNSEL FOR STOCKHOLDER PLAINTIFFS OF REPUBLIC (**S.D.N.Y. case) <br>   Stuart D. Wechsler, Esq. <br>   Kass, Goodkind, Wechsler & <br>     Gerstein <br>   122 E. 42nd Street <br>   New York, New York  10017 <br><br> LEAD COUNSEL STOCKHOLDER-PLAINTIFFS OF REALTY EQUITIES AND FIRST NATIONAL CONST. CORP.(**S.D.N.Y. case) <br>   Ira Jay Sands, Esquire <br>   701 Seventh Avenue <br>   New York, New York  10036 <br><br> LEAD COUNSEL FOR DEBENTURE HOLDER PLAINTIFFS OF REALTY EQUITIES (**S.D.N.Y. case) <br>   Sheldon P. Barr, Esq. <br>   370 Seventh Avenue <br>   New York, New York  10001 <br><br> JOSEPH L. MASSIE, ETC. (A-9) <br>   Frank G. Newman, Esquire <br>   4330 Republic Bank Tower <br>   Dallas, Texas  75201 <br><br> WILLIAM C. GARRETT, ETC. (A-11) <br>   W.D. Masterson, Esquire <br>   Kilgore & Kilgore <br>   1800 First National Bank Bldg. <br>   Dallas, Texas  75202 <br><br> SYNERCON CORPORATION (A-14) <br>   Wilson Sims, Esq. <br>   Bass, Berry & Sims <br>   First American Center <br>   Nashville, Tennessee  37238 | LOLA FLAMM (A-12) <br>   Arthur T. Susman, Esquire <br>   Prins, Flamm & Susman <br>   33 North Dearborn St. <br>   Chicago, Illinois  60602 <br><br> SECURITIES & EXCHANGE COMMISSION (A-1) <br>   Frederick L. White, Esquire <br>   Securities & Exchange Commission <br>   500 North Capitol Street <br>   Washington, D.C.  20549 <br><br>     ---Defendants--- <br><br> PEAT, MARWICK, MITCHELL & CO <br>   William E. Hegarty, Esquire <br>   Cahill, Gordon & Reindel <br>   80 Pine Street <br>   New York, New York 10005 <br><br> REPUBLIC NATIONAL LIFE INSURANCE CO. <br>   William C. Harvin, Esquire <br>   Baker & Botts <br>   3000 One Shell Plaza <br>   Houston, Texas  77002 <br><br> THEODORE P. BEASLEY <br> C. J. SKELTON <br> RONALD REX BEASLEY <br> ROBERT P. BRADY <br> THOMAS G. NASH, JR. <br> SAMUEL P. SMOOT <br> NEAL N. STANLEY <br> W. N. STANNUS <br>   James E. Coleman, Jr., Esquire <br>   Carrington, Coleman, Sloman, <br>     Johnson & Blumenthal <br>   One Main Place <br>   Dallas, Texas  75250 |

| No. | | |
|---|---|---|
| | REALTY EQUITIES CORP. OF N. Y.<br>MORRIS KARP<br>JEROME SOCHER<br>JOHN P. LEUZZI<br>ELIOT JANEWAY<br>SAM GITTLIN<br>ARTHUR STANG<br>A. H. FRAKLIN<br>   Raymond F. Gregory, Esq.<br>   Battle, Fowler, Lidstone,<br>     Jaffin, Pierce & Kheel<br>   280 Park Avenue<br>   New York, New York 10017<br><br>WESTHEIMER, FINE, BERGER & CO.<br>   Daniel A. Rezneck, Esquire<br>   Arnold & Porter<br>   1229 19th Street, N.W.<br>   Washington, D.C. 20036<br><br>SECURITY NATIONAL BANK<br>Successor by merger to<br>and sued herein as<br>ROYAL NATIONAL BANK<br>   Nickerson, Kramer, Lowenstein<br>     Nessen, Kamin & Soll<br>   919 Third Avenue<br>   New York, New York 10022<br><br>STANDARD & POOR'S CORP.<br>   Booth & Baron<br>   122 East 42nd Street<br>   New York, New York 10017<br><br>A. M. BEST CO., INC.<br>   Donald F. Ayers, Esq.<br>   45 John Street, Suite 400<br>   New York, New York 10038<br><br>LOUIS HUBSHMAN, JR.<br>   Joseph S. Hellman, Esq.<br>   Kronish, Lieb, Shainswit,<br>     Weiner & Hellman<br>   1345 Avenue of the Americas<br>   New York, New York 10019<br><br>SAM G. WINSTEAD<br>J. D. FRANCIS<br>J. WILLARD GRAGG<br>   D. L. Case, Esquire<br>   Jackson, Walker, Winstead,<br>     Cantwell & Miller<br>   4300 First National Bank Bldg.<br>   Dallas, Texas 75202 | W. L. PICKENS<br>   Robert G. Vial, Esq.<br>   Vial, Hamilton, Koch, Tubb,<br>     Knox & Stradle<br>   15th Floor, Republic National<br>     Bank Building<br>   Dallas, Texas 75201<br><br>IRVING TRUST COMPANY<br>   Stephen A. Weiner, Esquire<br>   Winthrop, Stimson, Putnam<br>     & Roberts<br>   40 Wall Street<br>   New York, New York 10005<br><br>HILARY H. EVERS<br>   Tenzer, Greenblatt, Fallen &<br>     Kaplan<br>   100 Park Avenue<br>   New York, New York 10017<br><br>HOMER CHAPIN<br>   Williamson & Schoeman<br>   60 East 42nd Street<br>   New York, New York 10017<br><br>AMERICAN STOCK EXCHANGE<br>   Lord, Day & Lord<br>   25 Broadway<br>   New York, New York 10005<br><br>ALEXANDER GRANT & CO.<br>KLEIN, HINDS & FINKE<br>   Sherman & Sterling<br>   53 Wall Street<br>   New York, New York 10005<br><br>FIRST NATIONAL REALTY<br>   & CONSTRUCTION<br>   Burgoyne, Michels, Rose<br>     & Williamson<br>   551 Fifth Avenue<br>   New York, New York 10017<br><br>JAMES F. CONAN<br>   Chickering & Gregory<br>   One Eleven Sutter Street<br>   San Francisco, California<br>     94104 |

**ATTORNEY LIST** -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

p.3

## DESCRIPTION OF LITIGATION

DOCKET NO. 174 -- IN RE REPUBLIC NATIONAL REALTY EQUITIES SECURITIES LITIGATION

| No. | | |
|---|---|---|
| | Phelim F. O'Toole, Jr.<br>18 South Kings Highway<br>St. Louis, Missouri   63108<br><br>Hobart Taylor, Jr.<br>375 Park Avenue<br>New York, New York   10022<br><br>David Stein<br>500 Grand Street<br>New York, New York   10002<br><br>Robert Haslett<br>76 Beaver Street<br>New York, New York   10004<br><br>Joel T. Williams, Jr.<br>Suite 711<br>1811 Commerce Street<br>Dallas, Texas   75201 | |

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 174 -- IN RE REPUBLIC NATIONAL - REALTY EQUITIES SECURITIES LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| REPUBLIC NATIONAL LIFE INSURANCE CO. | A-1; A-2; A-3; A-4; A-5; A-6; A-7; A-8; A-9; A-10; A-11; A-12; A-13; A-14 A-15 A-16 |
| REALTY EQUITIES CORPORATION OF NEW YORK | A-1; A-2; A-3; A-4; A-5; A-6; A-7; A-8; A-10; A-12; A-13 A-14 A-15 A-16 A-17 |
| PEAT, MARWICK, MITCHELL & CO. | A-1; A-2; A-3; A-4; A-5; A-6; A-9; A-10; A-12; A-13; A-14 A-15 A-16 |
| WEISTHEIMER, FINE, BERGER & CO. | A-1; A-3; A-5; A-6; A-7; A-12; A-13; A-14 A-15 A-16 A-17 |
| MORRIS KARP | A-1; A-2; A-3; A-4; A-5; A-6; A-7; A-8; A-10; A-12; A-13; A-14 A-15 A-16 A-17 |
| THEODORE P. BEASLEY | A-1; A-2; A-3; A-4; A-5; A-6; A-8; A-10; A-11; A-12; A-13 A-14 A-15 A-16 |
| C. J. SKELTON *Clarence* | A-1; A-2; A-3; A-4; A-5; A-6; A-8; A-10; A-11; A-12; A-13 A-14 A-15 A-16 |
| RONALD REX BEASLEY | A-1; A-2; A-3; A-4; A-5; A-6; A-8; A-10; A-11; A-12; A-13; A-14 A-15 A-16 |
| ROBERT P. BRADY | A-1; A-2; A-3; A-4; A-5; A-6; A-8; A-10; A-11; A-12; A-13 A-14 A-15 A-16 |
| THOMAS G. NASH, JR. | A-1; A-2; A-3; A-4; A-5; A-6; A-8; A-10; A-11; A-12; A-13 A-14 A-15 A-16 |

p. 2

| Name | Codes |
|---|---|
| SAMUEL P. SMOOT | A-1; A-2; A-3; A-4; A-5; A-6; A-8; A-10; A-11; A-12; A-13; A-14; A-15; A-16 |
| NEAL N. STANLEY | A-1; A-2; A-3; A-4; A-5; A-6; A-8; A-10; A-11; A-12; A-13; A-14; A-15; A-16 |
| HILARY H. EVERS | A-1; A-2; A-3; A-4; A-5; A-6; A-10; A-12; A-13; A-14; A-16; A-17 |
| PHELIM F. O'TOOLE, JR. | A-1; A-2; A-3; A-4; A-5; A-6; A-10; A-12; A-13; A-14; A-15; A-16; A-17 |
| JEROME SOCHER | A-1; A-2; A-3; A-5; A-6; A-9; A-10; A-12; A-13; A-14; A-15; A-16; A-17 |
| J. V. FRANCIS | A-2; A-5; A-6; A-10; A-13; A-14 |
| J. WILLARD GRAGG | A-2; A-5; A-6; A-10; A-13; A-14 |
| W. B. PICKENS | A-2; A-5; A-6; A-10; A-13; A-14 |
| W. N. STANNUS | A-2; A-5; A-6; A-10; A-13; A-14 |
| JOEL T. WILLIAMS, JR. | A-2; A-5; A-6; A-13 |
| SAM G. WINSTEAD | A-2; A-5; A-6; A-13; A-14 |

p. 3

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 174 -- IN RE REPUBLIC NATIONAL - REALTY EQUITIES SECURITIES LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| FIRST NATIONAL REALTY & CONSTRUCTION CORP. | A-3; A-5; A-6 A-16 |
| ROYAL NATIONAL BANK | A-3; A-5 A-15 A-16 |
| ELIOT JANEWAY | A-3; A-5; A-7 A-15 A-16 |
| EVERETT SMITH | A-3; A-5 A-15 |
| HOBART TAYLOR, JR. | A-3; A-5 A-15 A-16 |
| DAVID STEIN | A-3; A-5 A-15 A-16 |
| HOMER CHAPIN | A-3; A-5 A-16 |
| HILARY EVERS, JR. | A-3; A-5 A-16 |
| SAM GITTLIN | A-3; A-5; A-7 A-15 A-16 |
| LOUIS HUBSHMAN, JR. "John" | A-3; A-5; A-6 A-15 A-16 |

| Name | References |
|---|---|
| ARTHUR STANG | a-3; a-5; a-7 A-15 A-16 |
| A. H. FRANKLIN | a-3; a-5; a-7 A-15 A-16 |
| ROBERT HASLETT | a-3; a-5; a-7 A-15 A-16 |
| J. P. LEUZZI | a-3; a-5; a-7 A-15 A-16 |
| AMERICAN STOCK EXCHANGE, INC. | a-3; a-5 A-15 |
| KLEIN HINDS & FINKE | a-3; a-5 A-16 |
| ALEXANDER GRANT & CO. | a-3; a-5 A-16 |
| STANDARD & POOR'S CORP. | a-5 |
| A. M. BEST CO. | a-5 |
| JAMES F. COONAN | a-6 |
| ERVIN W. ATKERSON  deceased | a-6 |

p. 5

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 174 -- IN RE REPUBLIC NATIONAL - REALTY EQUITIES SECURITIES LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| A. E. STREITMATTER *died* | A-6 |
| IRVING TRUST CO. ✓ | A-7 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |